United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-03850-CPM |
| Barry M. Atkins | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barry M. Atkins, 7110 Remington Oaks Loop, Lakeland, FL 33810-4790 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 27, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Gilbert | on behalf of Creditor The Affiliati Network LLC agilbert@underwoodmurray.com, dstrand@underwoodmurray.com;agilbert_835@ecf.courtdrive.com;admin@underwoodmurray.com;euzonwanne@underwoodmurray.com |
| Beth Ann Scharrer | bscharrertrustee@gmail.com fl28@ecfcbis.com;bas1@trustesolutions.net |
| Megan Wilson Murray | on behalf of Creditor The Affiliati Network LLC mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com;euzonwanne@underwoodmurray.com;admin@underwoodmurray.com |
| Nathan G Mancuso | on behalf of Debtor Barry M. Atkins ngm@mancuso-law.com |
| Robert F Elgidely | |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdfdoc | Total Noticed: 1 |

on behalf of Trustee Beth Ann Scharrer relgidely@foxrothschild.com EAccetta@foxrothschild.com;rsolomon@foxrothschild.com;FL.DKT@foxrothschild.com

Teresa Marie Dorr

on behalf of U.S. Trustee United States Trustee - TPA7/13 teresa.dorr@usdoj.gov  lizette.montanez@usdoj.gov

United States Trustee - TPA7/13

USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 7

ORDERED.

Dated: February 24, 2025

_Catherine M. McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 8:24-bk-3850-CPM |
| Barry M. Atkins, | Chapter: 7 |
| Debtor._____/ | |

**AGREED ORDER FURTHER EXTENDING TIME TO EITHER
FILE A MOTION TO DISMISS AND/OR TO OBJECT TO DISCHARGE**

THIS CASE comes before the Court upon the United States Trustee Agreed Motion to Further Extend Time to Either File a Motion to Dismiss and/or to Object to Discharge (Doc. 45) (the "Motion"). The United States Trustee has requested an extension of the deadline to either seek dismissal pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to entry of the discharge pursuant to 11 U.S.C. § 727 until March 25, 2025. By submission of this order for entry, the submitting party represents that the Debtor consents to its entry. Upon the foregoing, the Court finds and concludes that the motion was served upon all interested parties, that the Debtor agrees to the extension, and the relief requested in the

1

Motion is appropriate under the circumstances and within the discretion of the Court. Accordingly, **IT IS ORDERED** that:

1. The Motion is **GRANTED.**

2. The deadline for the United States Trustee to either seek dismissal of this case pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to entry of discharge pursuant to 11 U.S.C. § 727 is hereby extended until March 25, 2025.

Clerk's Office to serve order.