## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 24-03850 | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | ATKINS, BARRY M. | Date Filed (f) or Converted (c): | 07/09/2024 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 08/08/2024 |
| | | Claims Bar Date: | 12/06/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2018 Cadillac ATS Mileage: 98,658 Other Information: title held jointly by debtor & non-debtor spouse as TBE property location: 7110 Remington Oaks Loop, Lakeland FL 33810 kbb/edmunds valuation | $4,290.00 | $0.00 | | $0.00 | FA |
| 2  2019 Chevrolet Equinox SUV Mileage: 102,782 Other Information: title held jointly by debtor & non-debtor spouse as TBE property location: 7110 Remington Oaks Loop, Lakeland FL 33810 kbb/edmunds valuation | $4,925.00 | $0.00 | | $0.00 | $4,925.00 |
| 3  all household goods & furniture owned by Adventure Ventures, LLC (Fla. LLC wholly-owned by Debtor's non-debtor spouse) | $0.00 | $0.00 | | $0.00 | FA |
| 4  clothes & shoes | $50.00 | $50.00 | | $0.00 | $50.00 |
| 5  wedding ring | $100.00 | $0.00 | | $0.00 | FA |
| 6  wristwatch | $50.00 | $0.00 | | $0.00 | FA |
| 7  4 dogs & parakeet Location: 7110 Remington Oaks Loop, Lakeland FL 33810 | Unknown | $0.00 | | $0.00 | FA |
| 8  cash | $60.00 | $0.00 | | $0.00 | FA |
| 9  personal checking Bank of America personal checking account (ending 6775) | $29.67 | $0.00 | | $0.00 | FA |
| 10  Potential preferential transfer/fraudulent transfer actions. (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

Asset Notes:   Valued for reporting purposes.

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset**
| $9,504.67 | $51.00 | | $0.00 | $4,976.00 |

---

**Major Activities affecting case closing:**

| 04/15/2025 | Evaluating potential assets in case. |
| 11/11/2024 | Employed substitute counsel to assist with case. |
| 09/24/2024 | M/Extend 727 date filed. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 24-03850 | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | ATKINS, BARRY M. | Date Filed (f) or Converted (c): | 07/09/2024 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 08/08/2024 |
| | | Claims Bar Date: | 12/06/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/03/2024  Asset notice filed.

**Initial Projected Date Of Final Report (TFR):**  09/19/2026    **Current Projected Date Of Final Report (TFR):**      /s/ BETH ANN SCHARRER

BETH ANN SCHARRER